# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| **STACIA L. VARGA**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**TD AUTO FINANCE, LLC**; **EXPERIAN INFORMATION SOLUTIONS, INC**, an Ohio corporation; **EQUIFAX INFORMATION SERVICES, LLC**, a Georgia limited liability company; **AND, TRANS UNION, LLC**, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:25-cv-00835-CKD<br><br>Hon. Mag. Judge Carolyn K. Delaney<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144) |

Pursuant to the Stipulation between Plaintiff Stacia L. Varga ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian"), the Court now finds that Experian shall have until May 2, 2025 to file its responsive pleading to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  March 27, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8, varg25cv0835.stip.eot